IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| LINDA ARCHIBALD, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) |
| KROGER LIMITED PARTNERSHIP I, THE KROGER CO., and JFE FRANCHISING, INC. d./b/a SNOWFOX | ) ) ) ) ) ) ) |
| Defendants. | ) ) |

Case No. 2:22-cv-02752-JTF-tmp

## JUDGMENT

Decision by Court.  This action came for consideration before the Court.  The issues have been duly considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) in accordance with the Order of Dismissal without Prejudice, entered on February 9, 2023.  (ECF No.  27.)

## APPROVED:

*s/John T. Fowlkes, Jr.*
JOHN T. FOWLKES, JR.
UNITED STATES DISTRICT JUDGE

WENDY OLIVER
CLERK

February 9, 2023
DATE

Ameshia Forrest
(By) LAW CLERK